## CHARLES T. FRYE v. METROPOLITAN MUSIC COMPANY.[1]

December 8, 1905.

Nos. 14,497—(106).

Action in the municipal court of Minneapolis to recover $375 from defendant for its refusal to deliver to plaintiff a piano, in payment for which plaintiff tendered certain instruments in writing aggregating in amount that sum, all being in the following form, except as to amount and name of original holder:

$25.00.                       Minneapolis, Minn., Dec. 16, 1904.

Metropolitan Music Co.,
         41–43 Sixth Street South.

Due Albert Wilkinson Twenty-five dollars.

This certificate entitles the prize winner, whose name appears hereon, to a credit of $25 on a piano like the first prize or any other new piano in our warerooms, or for $12.50 on a new organ, whether purchased on the instalment plan or for all cash, if presented on or before Jan. 31, 1905.

                               Metropolitan Music Co.,
                                   per R. H. J.

From an order, Charles L. Smith, J., sustaining a general demurrer to the complaint, plaintiff appealed. Affirmed.

*H. M. Farnam*, for appellant.

*Douglas & Griggs*, for respondent.

PER CURIAM.

Appeal from an order of the municipal court of Minneapolis sustaining defendant's demurrer to the complaint. A majority of the court are of the opinion, after due consideration, that the instruments upon which the action is founded, which are attached to and made a part of the complaint, are separate, independent contracts or agreements, by which the defendant agreed to apply the sum of money represented by each upon separate purchases of pianos, and are only available to plaintiff, as assignee, when presented in part payment upon separate purchases by him; that he stands in the shoes of the original holders of the instruments, with no greater rights. This construction of the instruments accords with the evident intention of the parties, as made apparent from the whole document, and results in an affirmance of the order appealed from.

Order affirmed.

[1] Reported in 104 N. W. 1149.